Case 5:22-cv-00377-JAK-KES Document 1 Filed 02/25/22 Page 1 of 11 Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
FEB 25 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

RELATED DDJ

FULL NAME: Broque Anthony Anderson

COMMITTED NAME (if different):

FULL ADDRESS INCLUDING NAME OF INSTITUTION: 9500 Etiwanda Ave. Rancho Cucamonga CA 91739

PRISON NUMBER (if applicable): 2110342215

My Rights Constituent To Amendments 14 have been violated.
My Rights Constituent To The 4th Amendment have been violated.
The Right of The People To Be Secure In Their Persons, Houses, Papers, And effects, against unreasonable Searches and seizures.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Broque Anthony Anderson
PLAINTIFF,
V.
"WVDC" Rancho Cucamonga Sheriffs Departament
DEFENDANT(S).

CASE NUMBER: 5:22-CV-00377-JAK-KES
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? 5

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

All of my previous filings were pertaining to illegal constraint / restraint, illegal search and seizure, excessive force and violations of constitutional Rights persistant to Amendments 4 and 14. All of the complaints were made upon Ranchos Sheriff Departament, And Upland Police Departament. Upland Police Departament, which one out of the five were made, was pertaining to Excessive force and illegal restraint. The others were made upon Rancho Cucamonga California Sherrif Departament, for illegal Restraint and illegal search and seizure.

a. Parties to this previous lawsuit:
   Plaintiff _Broque Anthony ANDERSON_

   Defendants _Rancho Cucamonga Sheriff Departament; Upland Police Departament_

b. Court _United States District Court_

c. Docket or case number _5:21-CV-02168-JAK-KES; 5:21-CV-02170-JAK-KES_ ª/N/A
d. Name of judge to whom case was assigned _Karen E. Scott; John A. Kronstadt_ ª/NA
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _Amended, Pending awaiting Disposition_ ª/ _Resoluted_.
f. Issues raised: _Illegal Constraint, Illegal Search and Seizure. Excessive Force and other issues concerning illegal procedure._

g. Approximate date of filing lawsuit: _January 5th, 2022_ ª/NA
h. Approximate date of disposition _N/A_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _N/A_

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _N/A, EXONERATED_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Broque Anthony ANDERSON_
(print plaintiff's name)
who presently resides at _9500 WVDC Etiwanda Ave. Rancho Cucamonga CA 91739_,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_WEST VALLEY DETENTION CENTER, RANCHO CUCAMONGA CA 91739_
(institution/city where violation occurred)

02/08/22 15:01 p.m.

## San Bernardino County Sheriff's Department
## Grievance

| | | | | | |
|---|---|---|---|---|---|
| **Grievance ID:** | G342201-0062378 | **Booking #:** | 2110342215 | **Date:** | 01/23/2022 11:07 |
| **Name:** | ANDERSON, BROQUE ANTHONY | | | **Location:** | 34 / 7E |
| **Category:** | CUSTODY / Inmate Issue/Other | | | **Incident Date:** | 01/23/2022 11:04 |
| **Location:** | UNIT 7 DORM E | | | | |

**Grievance:** MY LEGAL PAPERWORK WAS ACCESSED WITHOUT MY KNOWLEDGE AND PROPERTY WAS TAKEN FROM ME WITHOUT MY KNOWLEDGE I AM ENTITLED TO BEING PRESENT FOR WHEN MY THINGS ARE RUMMAGED THROUGH? MAY I HAVE A LIST OF DEPUTIES ASSIGNED TO SHIFT FOR FURTHER PROCEDURE? VIA 1983.

---

| | | | | |
|---|---|---|---|---|
| **Investigated Date:** | 01/28/2022 | | **Completed Date:** | 01/28/2022 04:50 |
| **Duplicate:** | NO | | **Duplicate ID:** | |

**Disposition:** NOT SUSTAINED

**Findings:** NOT SUSTAINED - A SERGEANT WAS PRESENT FOR THE SHAKEDOWN AND NO ISSUES WERE RAISED AT THE CONCLUSION OF THE SHAKEDOWN. VIDEO SURVEILLANCE WAS REVIEWED AND STAFF IS UNABLE TO DETERMINE IF INMATE ANDERSON'S PROPERTY WAS TAKEN OR DISCARDED.

**Actions:** ADMIN REVIEW, VIDEO SURVEILLANCE REVIEWED.

| | | | | | |
|---|---|---|---|---|---|
| **Accepted:** | NO | **Date:** | 01/28/2022 12:10 | **Allow Appeal:** | Y |

**Reason:** THE VIDEO DOESN"T HAPPEN TO SHOW ANY OF YOUR STAFF TAKING ANY PAPERWORK, WHATSOEVER? NEVERTHELESS, I AM MISSING A TOOTH, LEGAL DOCUMENTS, AND VARIOUS OTHER PAPERS FROM U.S. DISTRICT COURT. I AM NOT MISTAKEN.

INMATE COPY

| | | | |
|---|---|---|---|
| **Investigated Date:** | 01/31/2022 | **Completed Date:** | 01/31/2022 20:54 |
| **Duplicate:** | NO | **Duplicate ID:** | |

**Disposition:** EXONERATED

**Findings:** AFTER REVIEWING VIDEO OF THE DATE AND TIME YOU INDICATED, AT NO TIME DID A DEPUTY ENTER YOUR SEGMENT AND SEARCH YOUR BUNK AREA. THIS GRIEVANCE IS CONSIDERED CLOSED BUT NOT EXHAUSTED.

**Actions:** ADMIN REVIEW, VIDEO REVIEW.

| | | | | | |
|---|---|---|---|---|---|
| **Accepted:** | NO | **Date:** | 01/31/2022 22:13 | **Allow Appeal:** | Y |

**Reason:** WHAT IS THE SEARCH PROCEDURE POLICY FOR LEGAL DOCUMENTS? 10 TO 15 DEPUTY " DOE"S " RUMMAGED THROUGH MY PROPERTY. I AM NOT MISTAKEN BY THE MISSING USDC CIVIL FILINGS DOCUMENTS! HOW AM I TO BE ACCOMMODATED FOR THIS. WHEN YOU SEARCH YOU CAN TRASH MAIL AND PAPERWORK!?

---

| | | | |
|---|---|---|---|
| **Investigated Date:** | 02/03/2022 | **Completed Date:** | 02/03/2022 21:41 |
| **Duplicate:** | NO | **Duplicate ID:** | |

**Disposition:** REJECT

**Findings:** THE ORIGINAL INVESTIGATION AND FINDINGS WERE DETAILED AND APPROPRIATE.

**Actions:** GRIEVANCES, INVESTIGATIVE FINDINGS, AND JIMS

| | | | | | |
|---|---|---|---|---|---|
| **Accepted:** | NO | **Date:** | | **Allow Appeal:** | N |

**Reason:**

on (date or dates) __1/23/2022__ , _____ , _____ .
                              (Claim I)                    (Claim II)           (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __"Seargent Doe"__ (full name of first defendant) resides or works at __WVDC 9500 Etiwanda Ave. Rancho Cucamonga CA 91739__ (full address of first defendant) __Seargent: Sheriff Departament__ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Denied the foregoing and expressed to me that what I'd conveyed as untrue. Seargent, present on date of 1/23/2022 between 9:45 a.m. - 10:30 a.m.__

2. Defendant __"Deputy Doe"__ (full name of first defendant) resides or works at __WVDC 9500 Etiwanda Ave. Rancho Cucamonga CA, 91739__ (full address of first defendant) __Deputy of West Valley Detention Center__ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __Deputy inadvertently trashed my legal paperwork without a means of policy and procedure regarding mail and legal work.__

3. Defendant __"Deputy Doe #2"__ (full name of first defendant) resides or works at __"WVDC" 9500 Etiwanda Ave, Rancho Cucamonga CA, 91739__ (full address of first defendant) __Deputy of West Valley Detention Center__ (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __DisRegarded Policy And Procedure for accessing an inmates mail and legal documents, violating my 4th Amendment Rights.__

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____

   _____

## D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

My Constitutional rights have been violated. My Rights to be secure in my person, house, papers, and effects, against unreasonable search and seizures, shall not be violated, and no warrant shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the person or things to be seized. My 4th Amendment has been violated through the seizing and discarding of legal documents. My 14th Amendment Rights were violated. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty or property, without due process of law; nor deny to any person with its' jurisdiction the equal protection of the law.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

DEFENDANTS "Deputy Doe" and "Deputy Doe #2", overlooked by a "Seargent Doe," Trashed my property consisting of Legal Documents from U.S.D.C. filing. "Deputy Does" #1 and #2, of a total of 10 to 15, conducted a miscellaneous search on the date of 1/23/2022 between 9:45 a.m. and 10:30 a.m. I am assigned to unit 9 segment of 8E bunk 47 bottom Rack, or bunk. All of my mail and legal documents are arranged in a stack on top of the top right hand corner of the bunk closest to the wall. Through the search my papers were seized and trashed by "Deputy Doe #1 and #2". After conducting the search, I was removed from dormitory segment before the search, I was escorted back into the dorm of 8E. I returned to my bunk where legal paperwork and mail was missing. I filed a grievance moments after awknowledging the missing mail and documents. Grievance responses denied accuracy of footage stating or showing whether my paperwork was accessed, I disagree with the "disproving footage.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

Footage of search and body cam address, my legal documents seizing by Deps. show otherwise, regarding Seargents

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                                                    Page 5 of 6

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I believe I am to be entitled to the means of compensation appropiated to the wrongful actions made upon my person. My mail and legal documents cost, potentially. Legal documents may have demanded or expressed time spands or limit as to when certain responses are accepted, being, deadlines may terminate any filings I have placed time and money in to if not delivered on time.

02/03/2022
(Date)

(Signature of Plaintiff)

Broque Anthony Anderson
WVDC 9500 Etiwanda Ave.
Rancho Cucamonga CA, 91739

2116342215

LEGAL MAIL!



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 25 2022
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY



United States District Court
Central District of California
312 North Springs Street, Room G-8
Los Angeles, California 90012

Brogue Anthony k
wvdc 9500 Etiwa
Rancho Cucamonga

CA 92153

2111634